JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOREY EANES,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 17-1626-KK<br><br><br>JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: May 24, 2018

　　　　　　　　　　　　　　　　　　　　　/s/ Kenly Kiya Kato
　　　　　　　　　　　　　　　　　　　　　HONORABLE KENLY KIYA KATO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge